UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRAGADOS USA, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01229-NODJ-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 12) |

　　　On January 2, 2024, the parties filed a joint stipulation, dismissing this action with prejudice, and with each party to bear their own attorney fees and costs. (ECF No. 12). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

　　　Accordingly, the Clerk of Court is respectfully directed to assign a District Judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

　　　Dated:  **January 6, 2024**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1